UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

          v.

LUIS ALBERTO SOSA ELIOSA

Mag. No. 14-6048  (SCM)

ORDER FOR CONTINUANCE

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing), and defendant Luis Alberto Sosa Eliosa (Kenneth Kayser, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days, from November 28, 2014 through January 27, 2015; the defendant being aware that he has the right to have this matter submitted to a grand jury within thirty (30) days of his initial appearance; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown, IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties are negotiating a plea disposition, which if successfully negotiated, would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

5.  This is the second continuance order requested in the case.

WHEREFORE, it is on this 3 day of Dec 2014, ORDERED that the proceedings in the above-captioned matter are continued for the sixty day period from November 28, 2014 through January 27, 2015; and

IT IS FURTHER ORDERED that the period from November 28, 2014 through January 27, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
STEVEN C. MANNION
United States Magistrate Judge

14-6048

I hereby consent to the
form and entry of this order

_____
Kenneth Kayser, Esq.
Attorney for Luis Alberto Sosa Eliosa

_____
Sharon Ashe, Esq.
Assistant United States Attorney